JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIN YANG INTERNATIONAL, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>NORDSTROM, INC., a Washington corporation; et al.<br><br>　　　　　　　Defendants. | Case No. CV 12-08564-CAS-(JCGx)<br><br>[PROPOSED] ORDER OF DISMISSAL |

1  Pursuant to settlement among the parties to this action that the complaint of plaintiff Shin Yang International, Inc. against defendants Nordstrom, Inc.; The Wilster Apparel Group, LLC., and Does 1-10 inclusive, be dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 13, 2013       *Christina A. Snyder*

           Judge, United States District Court Judge